976

No. 10–1205.  ARIAS, AKA MIRANDA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–1216.  MONAHAN v. ROMNEY ET AL.  C. A. 1st Cir. Certiorari denied.

No. 10–8178.  PETHTEL v. BALLARD, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–8276.  VIGIL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–8676.  BRADY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–9162.  C. M. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL.  Cir. Ct. Kanawha County, W. Va.  Certiorari denied.

No. 10–9185.  ROSAS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–9186.  BROOKS v. TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 10–9188.  CALHOUN-EL v. MAYNARD, SECRETARY, MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–9196.  SHIVERS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–9198.  PHONGBOUPHA v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 10–9202.  ALLEN v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–9205.  EVANS v. TIFFIN.  Ct. App. Tex., 13th Dist. Certiorari denied.

No. 10–9210.  MOSHER v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.